■ In the Matter of WAIDMANN REALTY CORP., Appellant, v RICHARD HIGGINS, as Commissioner of the New York State Division of Housing and Community Renewal, et al., Respondents. [598 NYS2d 945] —Judgment, Supreme Court, New York County (Stephen Crane, J.), entered March 19, 1992, which denied the CPLR article 78 petition, confirmed an Order and Opinion Denying Petition for Administrative Review of respondent Division of Housing and Community Renewal dated November 14, 1990, and dismissed the proceeding, unanimously affirmed, without costs.

The order of respondents, establishing a stabilized rent for the apartment in issue and directing payment of treble damages, in addition to payment of rent overcharges, was rationally based upon the evidence *(see, Matter of Heintz v Brown,* 80 NY2d 998, 1001), and a court may not substitute its own views for that of the administrative agency.

We have considered all of the petitioner's remaining arguments, and find them to be without merit. Concur—Murphy, P. J., Rosenberger, Kupferman, Kassal and Nardelli, JJ.

■ In the Matter of LOIS B. MUSS, Appellant, v CITY OF NEW YORK et al., Respondents. [598 NYS2d 226] —Judgment, Supreme Court, New York County (Charles E. Ramos, J.), entered December 19, 1991, which, in a proceeding pursuant to CPLR article 78 to annul respondents' determination rejecting petitioner's request for payment of overtime work in 1987-1988 and corresponding pension benefits, granted respondents' motion to dismiss the petition as barred by the Statute of Limitations, unanimously affirmed, without costs.

Respondents' determination had " 'its impact' " upon petitioner, in October 1990, when respondent New York City Commission on Human Rights informed petitioner that her claim for overtime work in 1987-1988 had been denied *(Matter of Edmead v McGuire,* 67 NY2d 714, 716). Since this proceeding was not commenced within four months thereafter, it was properly dismissed as time-barred (CPLR 217). Concur—Carro, J. P., Ellerin, Wallach, Ross and Rubin, JJ.